Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  LStone@shookandstone.com

Attorneys for Plaintiff Christopher Pierce Milner

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER PIERCE MILNER, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.:  2:26-cv-00647-EJY <br><br> STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER <br><br> (FIRST REQUEST) |

Plaintiff Christopher Pierce Milner and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from May 22, 2026, to June 22, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly.

This is Plaintiff's first request for an extension. Plaintiff's counsel requests additional time due to a heavy caseload. From May 4, 2026, to May 20, 2026, Plaintiff's counsel prepared for and participated in 10 administrative hearings before SSA. Out of those 10 hearings, half of those hearings were on remand from the District Court which generally take even longer to prepare for than initial hearings. Further, Plaintiff's counsel worked a full workday this past Saturday to complete another District Court brief he had due this week. When considering administrative hearings and other related work that Plaintiff's counsel is responsible for, Plaintiff's counsel can generally only handle one District Court Brief per week. Plaintiff's counsel already has one District Court brief due every

///

///

///

///

week until the week beginning on June 22, 2026, the new requested due date in this matter. In light of a heavy workload, this extension of time will afford Plaintiff's counsel additional time to fully research the issues presented.

DATE: May 20, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____

Marc V. Kalagian
Attorney for plaintiff Christopher Pierce Milner

DATE: May 20, 2026          SIGAL CHATTAH
First Assistant United States Attorney


/s/ *Christopher Vieira*

BY: _____

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|


IT IS SO ORDERED:

_____
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED:  May 20, 2026 _____

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-